UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JILL F.,<br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-10081-PGL |

**ORDER ENTERING JUDGMENT
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH VOLUNTARY REVERSAL
AND REMAND TO THE COMMISSIONER OF SOCIAL SECURITY**

The Court hereby allows the parties' Stipulation for Remand. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will direct the Administrative Law Judge to give further consideration to the prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c; give further consideration to Plaintiff's maximum physical and mental residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision.

SO ORDERED this __10th__ day of ____July____, 2026.


/s/ Paul G. Levenson
HON. PAUL G. LEVENSON
UNITED STATES CHIEF MAGISTRATE JUDGE

1